AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

In Re: LLS America, LLC,
            Debtor

BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America LLC,
Plaintiff

            v.

MARK BIGELOW, et al.,

           Defendants

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-357-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs as to Defendants Seymour Mirrow, Fatima Mirrow and T&J Enterprises.

March 13, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer