AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

In Re:
LLS AMERICA, LLC,
                Debtor.
BRUCE P. KRIEGMAN,
                Plaintiff,
                v.
MARK BIGELOW, et al.

                Defendants

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-357-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Adversary Complaint for Avoidance of Transfers and Other Relief and the claims plead against only defendant, Collin Rogers, be dismissed, with prejudice, with each party to bear their own attorneys' fees and costs.

March 25, 2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer