1

2

3

4

5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF WASHINGTON

7 | In Re:

8 | LLS AMERICA, LLC,

9 |                              Debtor,

10 | BRUCE P. KRIEGMAN, solely in his
capacity as court-appointed Chapter 11
11 | Trustee for LLS America, LLC,

12 |                              Plaintiff,

13 | v.

14 | MARK BIGELOW, et al.,

15 |                              Defendants.

NO:  CV-11-357-RMP

Bankr. Case No. 09-06194-PCW11
(Consolidated Case)

Adv. Proc. No. 11-80299-PCW11

ORDER ADOPTING BANKRUPTCY
COURT'S REPORT AND
RECOMMENDATION TO ENTER
DEFAULT JUDGMENT AGAINST
DEFENDANTS DAVID MARSHALL
WOOD AND AMANDA WOOD

16

17      **BEFORE THE COURT** is the Bankruptcy Court's Report and

18  Recommendation for entry of Default Judgment against Defendants David

19  Marshall Wood and Amanda Wood, BK ECF No. 475 and DC ECF No. 95.

20  Having reviewed the Report and Recommendation and all relevant filings, and

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST
DEFENDANTS DAVID MARSHALL WOOD AND AMANDA WOOD ~ 1

having found that good cause exists pursuant to the entry of an Order of Default in the Bankruptcy Court on July 17, 2013, BK ECF No. 412, this Court hereby **ADOPTS** the Bankruptcy Court's Report and Recommendation, ECF No. 95, and shall enter judgment accordingly.

**IT IS SO ORDERED**.

The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel, Defendant, and Judge Patricia C. Williams.

**DATED** this 16th day of September 2013.

_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO ENTER DEFAULT JUDGMENT AGAINST
DEFENDANTS DAVID MARSHALL WOOD AND AMANDA WOOD ~ 2