1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7  In Re:

8  LLS AMERICA, LLC,

9                              Debtor,

10  BRUCE P. KRIEGMAN, solely in his
   capacity as court-appointed Chapter 11
11  Trustee for LLS America, LLC,

12                              Plaintiff,

13  v.

14  MARK BIGELOW, et al.,

15                              Defendants.

NO:  CV-11-357-RMP

Bankr. Case No. 09-06194-PCW11
(Consolidated Case)

Adv. Proc. No. 11-80299-PCW11

DEFAULT JUDGMENT AGAINST
DEFENDANTS DAVID MARSHALL
WOOD AND AMANDA WOOD

16

17                          JUDGMENT SUMMARY

18        Judgment Creditor:        Bruce P. Kriegman, solely in his capacity as the
                                    Liquidating Trustee under the Confirmed Plan of
19                                  the Debtor

20

DEFAULT JUDGMENT AGAINST DEFENDANTS DAVID MARSHALL
WOOD AND AMANDA WOOD ~ 1

Attorneys for
Judgment Creditor:        Witherspoon Kelley

Judgment Debtors:        David Marshall Wood and Amanda Wood

Principal Amount of
Judgment:                $93,834.68 CAD
                         $    250.00 US

Interest on Judgment:    Weekly Average of One-Year Constant Maturity
                         (nominal) treasury yield as published by the
                         Federal Reserve System (28 U.S.C. § 1961)

The Court, having previously entered an Order Adopting the Bankruptcy

Court's Report and Recommendation and Order of Default against Defendants

David Marshall Wood and Amanda Wood, ECF No. 95, and being fully advised in

the premises,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that

Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11

Trustee for LLS America, LLC, shall have a judgment against Defendants David

Marshall Wood and Amanda Wood, as follows:

1.  Monetary Judgment in the amount of CAD $93,834.86, pursuant to 11

U.S.C. § 550 and RCW 19.40.071;

2.  Transfers in the amount of CAD $93,834.86 made to the Defendants

within four years prior to the Petition Filing Date are hereby avoided and Plaintiff

may take all necessary action to preserve the same, pursuant to 11 U.S.C. §§ 544,

550, 551, and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW 19.40.071;

DEFAULT JUDGMENT AGAINST DEFENDANTS DAVID MARSHALL
WOOD AND AMANDA WOOD ~ 2

3.  All said transfers to Defendants David Marshall Wood and Amanda Wood are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendants David Marshall Wood and Amanda Wood for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550, and 551;

4.  All proofs of claim of Defendants which have been filed or brought or which may hereafter be filed or brought by, on behalf of, or for the benefit of Defendants David Marshall Wood and Amanda Wood or their affiliated entities, against the Debtor's estate, in this bankruptcy or related bankruptcy proceedings, are hereby disallowed and subordinated to the monetary judgment granted herein and Defendants David Marshall Wood and Amanda Wood shall not be entitled to collect on their proof of claim (Claim No. 654-1) until the monetary judgment is satisfied by Defendants David Marshall Wood and Amanda Wood in full, pursuant to 11 U.S.C. §§ 502(d), 510(c)(1), and 105(a);

5.  A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

6.  Plaintiff is hereby awarded costs (i.e. filing fee) in the amount of $250.00 USD, for a total judgment of CAD $93,834.86, plus $250.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal)

/ / /

/ / /

DEFAULT JUDGMENT AGAINST DEFENDANTS DAVID MARSHALL WOOD AND AMANDA WOOD ~ 3

treasury yield as published by the Federal Reserve System.

The District Court Clerk is directed to enter this Judgment and provide copies to counsel, Defendants, and Judge Patricia C. Williams.

**IT IS SO ORDERED**.

**DATED** this 16th day of September 2013.

<u>*s/ Rosanna Malouf Peterson*</u>
ROSANNA MALOUF PETERSON
Chief United States District Court Judge