UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>MARK BIGELOW, et al.,<br><br>                    Defendants. | NO:  CV-11-357-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80299-PCW11<br><br>ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANTS FRANCES TAORMINA AND HARRY TAORMINA |

**BEFORE THE COURT** is the Bankruptcy Court's Report and Recommendation to dismiss Defendants Frances and Harry Taormina, BKC ECF No. 420, DC ECF No. 100.  Having reviewed the Report and Recommendation and all relevant filings, and having found that good cause exists pursuant to the entry of

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND RECOMMENDATION TO DISMISS DEFENDANTS FRANCES TAORMINA AND HARRY TAORMINA ~ 1

1  an Order of Dismissal in the Bankruptcy Court on July 18, 2013, and no objection

2  being filed by any party, this Court hereby **ADOPTS** the Bankruptcy Court's

3  Report and Recommendation, **ECF No. 100**. Defendants Frances and Harry

4  Taormina are hereby **dismissed with prejudice** and with each party to bear their

5  own fees and costs.

6      **IT IS SO ORDERED**.

7      The District Court Clerk is hereby directed to enter this Order, **terminate**

8  **Frances and Harry Taormina** as defendants in this matter, and to provide copies

9  to counsel and Judge Patricia C. Williams.

10      **DATED** this 16th day of September 2013.

11

12                  *s/ Rosanna Malouf Peterson*
                ROSANNA MALOUF PETERSON

13                Chief United States District Court Judge

14

15

16

17

18

19

20

ORDER ADOPTING BANKRUPTCY COURT'S REPORT AND
RECOMMENDATION TO DISMISS DEFENDANTS FRANCES TAORMINA
AND HARRY TAORMINA ~ 2