UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>　　　　　　　　　　Debtor,<br>―――――――――――――――――<br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MARK BIGELOW, et al.,<br><br>　　　　　　　　　　Defendants. | NO:  CV-11-357-RMP<br><br>Bankr. Case No. 09-06194-PCW11 (Consolidated Case)<br><br>Adv. Proc. No. 11-80299-PCW11<br><br>ORDER GRANTING STIPULATED MOTIONS FOR DISMISSAL OF CERTAIN DEFENDANTS |

**BEFORE THE COURT** are the parties' Stipulated Motions to Dismiss Defendants David Holland and Tarrah Holland, ECF No. 134, and Defendant John Taormina, ECF No. 139.  Having reviewed the motions and relevant filings, the Court finds good cause to grant the motions.

ORDER GRANTING STIPULATED MOTIONS FOR DISMISSAL OF CERTAIN DEFENDANTS ~ 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties Stipulated Motions, **ECF No. 134** and **139**, are **GRANTED**.

2. David Holland, Tarrah Holland, and John Taormina are dismissed **with prejudice** as defendants in this case, with each party to bear their own attorney's fees and costs.

The District Court Clerk is directed to enter this Order**, terminate David Holland, Tarrah Holland,** and **John Taormina** as defendants, and provide copies of this Order to counsel, any pro se defendants, and to Judge Frederick P. Corbit.

**DATED** this 16th day of January 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER GRANTING STIPULATED MOTIONS FOR DISMISSAL OF CERTAIN DEFENDANTS ~ 2